NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

VITAL ANICETTE,                             )
                                            )
      Appellant,                    )
                                            )
v.                                          )       Case No. 2D18-1774
                                            )
STATE OF FLORIDA,                           )
                                            )
      Appellee.                     )
_____)

Opinion filed March 13, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Collier County; Christine Greider, Judge.

Vital Anicette, pro se.


PER CURIAM.


      Affirmed.


BLACK, SALARIO, and ROTHSTEIN-YOUAKIM, JJ., Concur.